Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CLERK, U.S. DISTRICT COURT
12/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

___Eastern___ Division

N/S
B/O

James D. Nagy
3334 Lynwood Dr.
Highland, Ca. 92346

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Computer Headz
CEO Sean Coles
27000 Baseline St.
Highland, Ca. 92346

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:23-cv-02646-DMG(DTBx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James D. Nagy |
| Street Address | 3334 Lynwood Dr. |
| City and County | Highland, San Bernardino |
| State and Zip Code | California , 92346 |
| Telephone Number | 909-838-7785 |
| E-mail Address | jd-nagy@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
US Code Title 33 Section 931 A (1((2)
(1) Any claimant or representative of a claimant who knowingly and willfully makes a false statement or representation for the purpose of obtaining a benefit or payment under this chapter shall be guilty of a felony,
(2) The United States attorney for the district in which the injury is alleged to have occurred shall make every reasonable effort to promptly investigate each complaint made under this subsection.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Computer Headz LLC , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: $417.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The complaint: The receipt that was given by Sean Coles showing in my checking account statement versus the advertised promised price on the owner Sean Coles Web site shows bias towards me as a customer and a misrepresantation to Sean Coles usual business procedures. Unless the price showing on the web site is misleading in itself.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask for the damages of $288 from from the fraulent charge of $383 minus the $95 promised adveritised price.
I ask of the damages of $50 for the court and services fees he refused to accept three times at the small claims case I filed earlier this year.
I ask for the damages of $19 for intential vandelism of my laptop keyboard.
I ask the court to add on punitve damgaes for the behavior and miscondoct of Sean Coles of Computer Headz

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Sean Coles |
| Job or Title *(if known)* | Owner of Computer Headz |
| Street Address | 27000 Baseline S. |
| City and County | Highland, San Bernardino |
| State and Zip Code | California, 92346 |
| Telephone Number | 909-863-0582 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2023

Signature of Plaintiff

Printed Name of Plaintiff: James D. Nagy

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

On 8/2/2023 I went into Computer Headz for an issue I was having on with my laptop My laptop was showing that it is in self-fix mode and after a couple hours at home I could not figure what that meant After turning my laptop on and off a few times my laptop also stated that no operating system installed. I took my laptop into a neighborhood place called Computer Headz and the person helping me said you might need a new hard drive and you might need windows reinstalled How long until all that is ready. He said four to five hours. So, after five hours I called, and I received a voice recording stating that we are busy with other customers, and we will return your call. I have been to Computer Headz a few times and there has always been only one person working. So, I did leave a message with a return call that never got back to me. I tried again to call eight hours after I dropped off my laptop and once again, I got the same voice mail. So finally, the next morning I did get a call saying that my laptop is ready. He said my hard drive was corrupt, so he installed a hard drive and the operating system as well, He also said that he ran some other test that I did not authorize, to see what else could be wrong. I do not know what these other tests are that needed to be done. All we agreed to was to install new hard drive if needed and to reinstall windows When I got to the computer shop, I noticed how shinny and sparkling clean my keyboard was and paid him a high compliment he seemed to shy away from that comment as we stared at my laptop driver being updated. I did not think of when I was there, but I know after re-installing windows there is no need to update. All the updates were updated during the installation, So I asked how much. He said $340 and I just gave him my debit card so I could get my laptop and get out of there because I started feeling uncomfortable just standing there staring at my laptop with both of us saying not anything at all. He said that my receipt with itemizes will be emailed to me. When I got home, I opened the laptop and noticed that my fresh clean keyboard had two broken keys on it. There is no way that I could have damaged that on my drive back home. I also noticed that my Bank of America Checking Account that I was checking on the web site had a charge of $383.00 from Computer Headz not the $340 he promised when I handed my debit card just to get my laptop back.  So, I called him and there was no answer. I made a debit card dispute and he seemed to have gotten out of all my complaints with his own story and his statement in the dispute letter does not answer anything I said. I took another look around his web site and seen he offered a service package that cost $95.00 for all that he did and said he with my laptop. I find this a misrepresentation of what he charged me to what normal everyday business charges are.  So next up is small claims court where he refused court papers from server three times. I find his refusal to answer claims by me in disputes and a court of law to be of unethical business practices and to be of self-proclaimed privileged about himself which states he can be defiant to american rules and U.S laws. So, with dishonest behavior and actions comes the definition of fraud. Lastly, the Federal Courts have stated that fraud is in their jurisdiction. I ask the to court to rule in my favor for compensation of financial lost from overcharging compared to his normal business charges, compensation from vandalism and the cost of a new keyboard and compensation from emotional distress of Sean Coles getting away with faul play and getting out of a fraudulent business transaction